UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FEVO, INC.,

      Plaintiff,

v.

SPINZO CORPORATION,

      Defendant.

_____/

Case No. 22-cv-10030
Hon. Matthew F. Leitman

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the parties' filed Stipulation of Dismissal With Prejudice (ECF #30):

**IT IS HEREBY ORDERED** that the Complaint in the above-captioned matter is dismissed with prejudice.

**IT IS SO ORDERED.**

                                s/Matthew F. Leitman
                                MATTHEW F. LEITMAN
                                UNITED STATES DISTRICT JUDGE

Dated:  June 1, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 1, 2023, by electronic means and/or ordinary mail.

           s/Holly A. Ryan
           Case Manager
           (313) 234-5126